**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7385**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

LINWOOD BATTS, JR.,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:07-cr-00064-FL-1)

———————

Submitted: December 13, 2012    Decided: December 18, 2012

———————

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Linwood Batts, Jr., Appellant Pro Se. Jennifer P. May-Parker, Ethan A. Ontjes, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Batts, Jr., appeals the district court's order denying for lack of jurisdiction his motion seeking an extension of time to file a motion under 28 U.S.C.A. § 2255 (West Supp. 2012). On appeal, we confine our review to the issues raised in the appellant's brief. See 4th Cir. R. 34(b). Because Batts' informal brief does not challenge the basis for the district court's disposition, Batts has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED